UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY CHAPPA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SHASTA COUNTY SHERIFF, et al.,<br><br>　　　　Defendants. | No. 2:20-cv-00379-TLN-AC<br><br>**ORDER** |

　　　　Plaintiff Anthony Chappa ("Plaintiff"), a county jail inmate proceeding *pro se* and *in forma pauperis*, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On July 7, 2021, the magistrate judge issued findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days. (ECF No. 8.) Plaintiff has not filed objections to the findings and recommendations.

　　　　Although it appears from the file that Plaintiff's copy of the findings and recommendations was returned, Plaintiff was properly served. It is Plaintiff's responsibility to keep the Court apprised of his current address at all times. Thus, pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

1

1  The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1.  The Findings and Recommendations issued July 7, 2021 (ECF No. 8), are ADOPTED IN FULL;

2.  Defendants Shasta County Sheriff and Tom Bonseko, and related claims against them are DISMISSED with prejudice from this action; and

3.  This case shall proceed on Plaintiff's claim for excessive force against Defendants Vangerwin and McQuillan.

IT IS SO ORDERED.

Dated:  September 7, 2021

                                      Troy L. Nunley
                                      United States District Judge